**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Paul Monroe COVINGTON, Jr.,
Defendant–Appellant.**

**No. 01–7455.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 30, 2001.

Aaron Edmund Michel, Charlotte, NC, for appellant.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Paul Monroe Covington, Jr. seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Covington,* Nos. CR–98–50; CA–01–110–3–V (W.D.N.C. filed July 10, 2001; entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*